UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 16-841-MWF(AJWx)**                                Dated: **March 14, 2016**

Title:    Shane Pfannenstiel -v- Comenity, LLC

---

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

   Cheryl Wynn                                    None Present
   Relief Courtroom Deputy                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

   None Present                                   None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

   In light of the Notice of Settlement filed March 11, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **May 16, 2016 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

   **IT IS SO ORDERED.**

MINUTES FORM 90                                          Initials of Deputy Clerk    cw
CIVIL - GEN